IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

PAUL DESAI; JAYMINE ENTERPRISE, )
INC.; KAJAL PROPERTIES, LLC; NPHD, )
INC.; and RAJ HOTELS LIMITED, INC., )
                                    )
      Plaintiffs,                )
                                    )
  v.                                ) Case No. 06-4046-CV-C-NKL
                                    )
DAVID BROOKS; DAVID                 )
KIMITCHECK; ASHFORD FINANCIAL       )
CORP.; ASHFORD FINANCIAL            )
GROUP, INC.; CLARK NEW JERSEY       )
HOTEL, L.P.; OMAHA NEBRASKA         )
HOTEL, L.P.,                        )
      Defendants.               )

ORDER

On May 16, 2006, Plaintiff Paul O. Desai ("Desai") filed four documents with the Court. The first of these [Doc. # 31] is signed by Desai on behalf of himself as well as the Corporate Plaintiffs. The other three documents [Docs. # 32-34] state that they are signed individually only by Desai and not on behalf of the Corporate Plaintiffs; however, the names of all the Corporate Plaintiffs still appear under his signature and the text of all three documents purports to speak on behalf of all Plaintiffs.

The Court has previously informed Desai that he may not represent his corporations before the Court because he is not an attorney and doing so is the unauthorized practice of law. Desai is aware of this prohibition and has retained separate

1

counsel for the Corporate Plaintiffs. Nevertheless, he continues to file documents with the Court on behalf of all the Plaintiffs in violation of Missouri law. Accordingly, it is hereby

ORDERED that Plaintiff Paul Desai file no further pleadings, notices, or other documents with the Court on behalf of any person or entity other than himself. The Clerk's Office is directed to return all such future documents to Desai unfiled.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: May 19, 2006
Jefferson City, Missouri